■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW SPOTO, Appellant. [972 NYS2d 923]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Camacho, J.), imposed October 11, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes

review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Lopez*, 6 NY3d 248, 255-256 [2006]). Eng, P.J., Mastro, Dickerson, Lott and Miller, JJ., concur.